UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CIARA T. MAXWELL,
individually, and on behalf of
all others similarly situated,

      Plaintiff,

v.              Case No. 1:22-cv-00049-RH-GRJ

NELNET, INC. and JOHN DOES 1-10,

      Defendant.
_____

### NOTICE OF SETTLEMENT

  PLEASE TAKE NOTICE that CIARA T. MAXWELL ("Plaintiff") and NELNET, INC. ("Defendant"), hereby notify the Court that the parties have reached settlement as to Plaintiff's individual claims only. Plaintiff intends on dismissing the class claims without prejudice. The parties are in the process of completing the settlement and intend on filing dismissal papers within 45 days.

Dated: June 15, 2022          Respectfully submitted,

                     */s/ Alexander James Taylor*
                     Alexander James Taylor, Esq.,
                     *Of Counsel*
                     Florida Bar No. 1013947
                     Sulaiman Law Group, Ltd.
                     2500 S. Highland Ave., Ste. 200
                     Lombard, IL 60148
                     Telephone: (630) 575-8181
                     ataylor@sulaimanlaw.com
                     *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I, Alexander J. Taylor, certify that on June 15, 2022, the foregoing document was filed electronically using the Court's CM/ECF system, which will accomplish service on all counsel of record.

*/s/ Alexander J. Taylor*