IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CIARA T. MAXWELL,

    Plaintiff,

v.                                      CASE NO. 1:22cv49-RH-GRJ

NELNET, INC. and JOHN DOES 1-10,

    Defendants.

_____/

## ORDER FOR DISMISSAL

The plaintiff Ciara T. Maxwell has filed a notice indicating that her individual claims have been settled and that she intends to seek dismissal of the class claims without prejudice. ECF No. 20. A class has not been certified, so the only parties to the action are Ms. Maxwell and the defendants. The case can be closed based on entry of a judgment dismissing the individual claims. The effect on class claims will be substantively equivalent to dismissal without prejudice.

This order directs Ms. Maxwell and the defendant Nelnet, Inc. to comply with their settlement agreement. If "Netnet, Inc." is a misnomer and the actual entity is Nelnet Servicing, LLC, the order binds Nelnet Servicing, LLC.

    IT IS ORDERED:

1. The plaintiff Ciara T. Maxwell and the defendant Nelnet, Inc. must comply with their settlement agreement.

2. All Ms. Maxwell's individual claims, other than for enforcement of the settlement agreement, are voluntarily dismissed with prejudice. The dismissal does not affect the claims of proposed class members.

3. Jurisdiction is retained to enforce the order to comply with the settlement agreement.

4. The clerk must enter judgment under Federal Rule of Civil Procedure 58 stating, "The plaintiff Ciara T. Maxwell and the defendant Nelnet, Inc. are ordered to comply with their settlement agreement. All Ms. Maxwell's individual claims in this case are voluntarily dismissed with prejudice. The court reserves jurisdiction to enforce the order to comply with the settlement agreement."

5. The clerk must close the file.

6. A party who objects to the terms of this order or the judgment to be entered based on this order must file a timely motion to alter or amend under Federal Rule of Civil Procedure 59(e).

SO ORDERED on June 18, 2022.

s/Robert L. Hinkle<br>United States District Judge