IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CIARA T. MAXWELL,

    Plaintiff,

v.                                              Case No. 1:22cv49-RH-GRJ

NELNET, INC. and JOHN DOES 1-10,

    Defendants.

_____/

## JUDGMENT

The plaintiff Ciara T. Maxwell and the defendant Nelnet, Inc. are ordered to comply with their settlement agreement. All Ms. Maxwell's individual claims in this case are voluntarily dismissed with prejudice. The court reserves jurisdiction to enforce the order to comply with the settlement agreement.

                                                                      JESSICA J. LYUBLANOVITS
                                                                      CLERK OF COURT

<u>June 21, 2022</u>                                                <u>s/A. Tinaya-Miller</u>
Date                                                             Deputy Clerk: A. Tinaya-Miller